# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3829
_____

B.R., Father of S.R., Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.

February 27, 2019

PER CURIAM.

    AFFIRMED.

KELSEY, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ronald Newlin, Tallahassee, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Department of Children and Families, Tallahassee, for Appellee.

Thomasina Moore, Statewide Director of Appeals, Sara E. Goldfarb, Appellate Counsel, and Joanna Summers Brunell, Appellate Counsel, Florida Statewide Guardian ad Litem Office, Tallahassee.